IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-_01232__ |
| | ) |
| | ) |
| | ) |
| ONE AFRICAN LION SKIN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys,

Stephen R. McAllister, United States Attorney for the District of Kansas, and

Sean M.A. Hatfield, Special Assistant United States Attorney, brings this

complaint and alleges as follows in accordance with Supplemental Rule G(2)

of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.      This is an action to forfeit and condemn to the use and benefit of

the United States of America the following property: One African lion skin,

for violations of 16 U.S.C. § 1538 (Endangered Species Act) and 3372 (Lacey

Act).

## THE DEFENDANT IN REM

2.     The defendant property consists of: One African lion skin that was seized by U.S. Fish and Wildlife agents from Ret Thach at his home at XXX Wichita, Kansas, in the District of Kansas on or about June 14, 2018. The property is currently in the custody of U.S. Fish and Wildlife.

## JURISDICTION AND VENUE

3.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4.     This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in the district.

2

## BASIS FOR FORFEITURE

6.    The defendant property is subject to forfeiture pursuant to 16 U.S.C. §§ 1540(e)(4) and 3374 because it is property involved in violations of 16 U.S.C. §§ 1538 and 3372.

## FACTS

7.    Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

SEAN M.A. HATFIELD
Ks. S. Ct. No. 24098
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
T: (316) 269-6481
F: (316) 269-6484
sean.hatfield@usdoj.gov

## DECLARATION

I, Darin Brandenburg, Special Agent, United States Fish and Wildlife:

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __17__ day of August, 2018.

Darin Brandenburg, Special Agent
U.S. Fish and Wildlife

4

## **AFFIDAVIT**

I, Darin Brandenburg, being duly sworn, depose and state as follows:

### **INTRODUCTION AND AFFIANT'S BACKGROUND**

1.       I am a Special Agent (SA) with the U.S. Fish and Wildlife Service (USFWS), Office of Law Enforcement presently assigned to the Madison, WI field office.  As a USFWS Special Agent, I am authorized by the Secretary of the Interior to conduct searches and seizures, as authorized by law, pursuant to the Lacey Act, 16 U.S.C. § 3371, et seq. I am also a "federal law enforcement officer" within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure.

2.       I have been employed by the USFWS for approximately 17 years; seven as a Special Agent and ten as a uniformed law enforcement officer for the National Wildlife Refuge System.  During my career, I have conducted numerous criminal investigations concerning the unlawful importation, taking, transportation and commercialization of protected species of fish and wildlife.  My training and experience have made me familiar with the laws, regulations and treaties enforced by the USFWS, including but not limited to, the Lacey Act, Endangered Species Act and the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES).  I am also familiar with other federal and state criminal laws implicated, at times, by the unlawful taking, transportation, and commercialization of fish and wildlife, including, but not limited to, the federal conspiracy statute (18 U.S.C. § 371), false statements (18 U.S.C. § 1001) and smuggling (18 U.S.C § 545).

1

## PURPOSE OF AFFIDAVIT

3.      The facts in this affidavit come from my training, experience, personal observations, and information obtained from other law enforcement officers and witnesses. This affidavit is submitted in support of a civil forfeiture proceeding against one African lion skin seized from Ret THATCH at his home in Wichita, Kansas, following his arrest on or about June 14, 2018.

## SUMMARY OF INVESTIGATION

4.      In March 2018, a Cooperating Private Individual (CPI) "introduced" THACH to me by providing THACH my covert email address. THACH emailed me saying he wanted to buy tiger, lion, leopard or any other big cat skins for his home office. I replied saying I had tiger, lion, and leopard skins and a leopard skull I'd be willing to sell. THACH said he wanted to buy "all the 5 skin rugs" if he could afford them. THACH said he was located in Wichita, Kansas. In my third email, I told THACH selling "big cat" parts across state lines was "absolutely illegal" since THACH lived in Kansas and I did not. THACH replied saying "Yes, I'm ok with this".

5.      THACH and I have been corresponding since March, mostly via email, but also by text message and telephone. This communication has resulted in an agreement where THACH will be buying two tiger skin rugs from me for $8,000. THACH also agreed to pay me $400 to drive from Wisconsin to Wichita, Kansas and deliver the tiger skins to him. On June 2, 2018, THACH sent me $430 via PayPal.

6.      THACH and I agreed to meet at his home, or at a gas station near his home, in Wichita, Kansas on June 14, 2018.

2

## INVESTIGATION

7.     On March 9, 2018, a Cooperating Private Individual (CPI) who runs a taxidermy business in the United Kingdom received an email from THACH using the email address onenetworknet@gmail.com. THACH said he wanted to buy tiger and lion skin rugs the CPI had for sale on the CPI's website.   THACH said he lived in the United States and suggested using www.escrow.com to complete the purchase.

8.     The CPI replied to THACH's email saying the CPI could not legally ship tiger and lion skins to the United States.   The CPI gave THACH my covert email address saying I might be able to help THACH find those items.

9.     THACH used the email address onenetworknet@gmail.com for all his email correspondence with the CPI and for all of the following email correspondence with me.

10.     On March 11, 2018, THACH sent me an email saying he wanted to buy tiger, lion, leopard or any other big cat skin rug for his home office.   I replied asking where THACH was located.   THACH replied saying he was located in Wichita, Kansas.

11.     On March 13, 2018, I sent THACH an email saying, "Before I spend a lot of time taking photos and all of that stuff and we start negotiating on these skins I want let you know that this is absolutely illegal since you live in Kansas and I don't.   I got in trouble a few years ago for selling big cat parts across state lines and I don't want to end up in that kind of situation again.   If you're ok with that and can keep your mouth shut about where you got this stuff from, then let's move forward.   If you're not ok or can't keep quiet about it, then we don't need to waste each other's time."   THACH replied "Yes, I'm ok with this.   Also I'm looking to pay using PayPal if that's OK or what kind of payment you preferred? I will not do Western Union. I'm familiar with

3

Ebay, my eBay https://www.ebay.com/usr/onenetwork.outlet. I know the skin can't list on eBay anymore, I was able to buy a couple bear skin rugs a few months back but I don't see it list anymore.  eBay told be to cancel but I was able to complete both transactions, I'm very happy about it and all parties satisfied.  Please proceed with photos and price.  Thanks."  *Note: I visited THACH's eBay store (https://www.ebay.com/usr/onenetwork.outlet) and saw the items he had for sale were primarily computer and network related equipment.*

12.     I asked THACH for a good telephone number.  THACH replied saying his telephone number was 316-461-xxxx.

13.     A query of Transunion TLOxp shows 316-461-xxxx is a T-Mobile wireless number associated with THACH.

14.     On April 1, 2018, I sent THACH an email with four photographs of a leopard skin and two photographs of a tiger skin.  THACH replied saying he wanted a rug that had a head and teeth.

15.     On April 2, 2018, I sent THACH an email with five photographs of a tiger skin rug with a taxidermied head.  THACH replied asking how much I wanted for the tiger skin. THACH also asked for my PayPal information.

16.     On April 3, 2018, I sent an email saying the tiger skin rug was not mine so I needed to try and buy it first.  I also asked what THACH's budget was.  THACH replied saying, "I think $4,000 should be a fair price".

17.     On April 5, 2018, I sent THACH an email saying tiger skins with mounted heads were hard to find.  THACH replied on April 6, 2018, saying, "Yes, thanks.  If you could find/get 2 tiger skins that would be awesome!"

4

18.     On April 17, 2018, I sent THACH an email saying I was still working on getting THACH a tiger skin.   THACH replied on April 19, 2018, saying, "I wondered is the price too low or he just don't want to let go if even the price higher?"   I replied saying the owner was willing to sell the tiger skin, but was contemplating the price THACH offered to pay.   THACH replied saying, "I can go high of $5,000 for that tiger skin rug.   Thanks".

19.     On April 29, 2018, I sent THACH an email saying I bought the tiger skin rug with the taxidermied head.   I sent another email on April 30, 2018, asking if THACH still wanted a second tiger skin.   I said, "I don't know if he's going to give me the contact info on that one though.   He was kind of freaked out about selling me this one when I told him you lived in Kansas. That was his hang up on the price.   If he was going to break the law, he wanted to make sure it was worth his time if you know what I mean."   THACH replied, saying, "Yes, I still want another one".

20.     On April 30, 2018, THACH sent me an email saying he would pay an additional $5,000 for a second tiger skin rug.   THACH said he would not pursue buying the tiger skin rugs if the deal was not completed before mid-June, as THACH would be on vacation outside of the United States for an extended period.

21.     On May 3, 2018, I sent THACH an email saying I might be traveling to New Mexico in the next few weeks and could deliver the tiger skin on my way through.   THACH replied asking if I would have just one or both tiger skins.   THACH said he wanted to know so he could prepare the cash for me.   I replied saying I just had one tiger skin at that point.   THACH replied saying he would pay me a couple hundred dollars extra to either ship the tiger skin(s) or deliver them in person.

22.     On May 6, 2018, I sent THACH an email saying I was probably going to deliver the tiger skin(s) in person.  I also said I was probably going to be able to buy a second tiger skin for THACH.

23.     On May 14, 2018, I sent THACH an email saying I was able to buy the second tiger skin.  THACH replied "Nice".  Later that night, I sent a photograph of the second tiger skin rug via text message to THACH at 316-461-xxxx.  I followed it up with a message that said "Hey it's Derek from Wisconsin.  This one has a more realistic looking head.  What you think?"  THACH replied "Nice. I like it. When can you able to delivery or ship? Let me know when you can delivery in person or ship.  How and when we can do this transaction.  Thanks".  In reply, I sent four more photographs of the tiger skin rug to THACH's cellular telephone via text message.

24.     After sending the photographs via text message, I called THACH at 316-461-2549.  THACH answered and we talked about the condition of the second tiger skin rug.  THACH said the tiger skin had some cracks and tears in it.  I acknowledged the damage and asked if THACH wanted to buy it.  THACH said "Yeah, it's good.  It's cool.  Yeah, I take it".

25.     THACH and I discussed possible dates for a meeting. In reference to the email where THACH said he was going to be out of the country for an extended period of time come mid-June, I asked when THACH would be leaving.   THACH said he was leaving June 20, 2018.

26.     I told THACH I was not comfortable mailing the tiger skins because that was how I had been caught before.  I said I'd rather meet in person.  THACH replied "Is it cool to like you ship one at a time...put it in the box and UPS it one at a time?"  I said I was taking all the risk as my name would be on the package.

6

27.     I told THACH I would be traveling to Saint Louis, Missouri and then onto New Mexico during the first part of June.  I asked if THACH wanted to meet in Joplin, Missouri.  THACH replied his [Cadillac] Escalade was not reliable.  THACH said "You drive from Wisconsin to New Mexico?"  THACH asked why I could not just drive to Wichita, Kansas.

28.     I said "I don't know if you understand, you know, if you get caught with this…it's kind of a big, it's a big deal and I don't wanna, I don't wanna stick my neck out there…If you, if you wanna meet me, if you wanna meet me in like Joplin, Missouri or something. You know, you put the cash in my hands, I put the tigers in your hands and we're both happy.  We go our separate ways".  THACH replied "Yeah, it sounds good, but yeah". I said, "I would leave Wisconsin probably on June 4th and I could be down there, you know, we could plan on meeting up on June 5th if that worked for you".  THACH said he might be able to meet in Kansas City, Missouri.

29.     THACH said he wanted to hang the tiger skins up.  THACH said he had "a lion and a lot of bears".  THACH said he paid $2,000 for the lion.  "The skin is kind of like cracked too, but it's from California from ah, from ah, you know if you Google, umm lion rug and it be like on the first page…yeah, the guy hang it up, up, up there on the thing.  He put like $3,000 or something, but he say, saying that the skin crack and like he say yeah he can do for [$2,000]".  I asked if the seller was from California.  THACH replied "Yeah, he sent, sent it from there.  So, so the, the, the lion be, be different, right? Be okay and not the tiger? The, the, the shipping, the shipping…"  *Note: I understood this exchange as THACH asking if it was legal to ship lions across state lines, unlike tigers.*  I replied that I thought the same laws that applied to tigers, would also apply to lions.  THACH said "So it's, it's the same? Yeah but, yeah but, but he shipped, he shipped it okay…"

7

30.     THACH asked if I wanted to meet in Tulsa, Oklahoma.  THACH said "Yeah, Wisconsin down to...*unintelligible*".  THACH said Oklahoma City, Oklahoma might work for a place to meet.  THACH then agreed to meet me on the east side of Kansas City, Missouri. THACH said "What about if, if, if ah you just drive down here? You leave Wisconsin and then, you know, Kansas and then cut across to Wichita and then go down to Oklahoma and I, and I, I, I give you money for that. For the gas".

31.     I suggested meeting in Joplin, Missouri again and said "I'm not too keen on sticking this stuff in the mail and waiting to get paid...any sort of electronic payment you do then it shows that you paid me, there's a, there's a, there's a history that shows that you paid me money.  And if we do it in cash, there's, there's no trace of anything that you and I ever even knew each other. So, I'm looking to minimize my risk and this is the best way I know how to do it.  Is you know, we meet up somewhere, I hand you the tiger skins, you hand me the cash and we go our separate ways.  And if you need something down the road you know, you know where to find me.  But I'm not, I don't want any sort of electronic PayPal or something linking us together where I gotta explain, I gotta explain where I got $10,000 from, from you.  You see what I'm saying?" THACH replied "Yeah...I hand you the cash it would be perfect if you just come down to Wichita and give me the skin and then I give you the money...If you just drive to Wichita, sure. That'd be nice and I give you the cash even up...The drive, the driving money for the gas.  Let's say $300 for the gas driving".  I said THACH should look at his schedule to see when he was available and I would call him back in a few days.   THACH agreed and the call ended.

32.     On May 17, 2018, I sent THACH an email saying I would deliver the tiger skins to Wichita, Kansas for $400.  THACH replied saying he had looked more closely at the photographs

of both tigers and saw they were not in as good of shape as he had originally thought. THACH offered me $8,000 for both tiger skins and $400 for delivering them to Wichita. I replied and accepted THACH's offer. I asked where THACH wanted the tiger skins delivered. THACH replied "You can delivery any day to Wichita but you would need to let me know 3 business days in advance so I could prepare to sell some of my stock then deposit into bank then go to bank and withdraw it". I replied asking if June 12 or June 13, 2018 worked as a meeting date. I told THACH to send the $400 delivery fee to my PayPal account now. I said I wanted $8,000 cash in $100 bills when I gave THACH the tiger skins.

33.     On May 19, 2018, THACH replied saying June 12 and June 13, 2018 worked for him. THACH said he would send the $400 to my PayPal account in early June and would get $8,000 in $100 bills. THACH said we could meet at a QT gas station near THACH's house or at THACH's house.

34.     On May 21, 2018, I sent THACH an email asking if he could meet on June 14, 2018. THACH replied saying June 14 worked for him.

35.     On June 2, 2018 at approximately 5:02 a.m., I received an email from PayPal saying "Kolap International sent you $430.00 USD. Note from Kolap International: Deliver of goods to Wichita, KS". The transaction ID was 19V89419BN844194R. PayPal charged a fee of $12.77, so I received a total of $417.23 from THACH.

36.     Several minutes later, THACH sent me an email saying "I've sent you the money for delivery of goods (the skins) to Wichita, KS. See you on the 14. Yes, I will have $8k for you in $100 bill. Just text or call me when you get here I will be home all day". I replied saying I saw

9

the PayPal notification and that I would meet THACH at his house as I did not want to attract attention at a gas station.   THACH replied on June 4, 2018 saying "Sounds good".

37.     On June 4, 2018, I logged into my covert PayPal account and saw I had an available balance of $417.23.

38.     On June 12, 2018, I sent THACH an email saying I was leaving for Saint Louis, Missouri the following day and would be in Wichita, Kansas on the morning of June 14, 2018.   I told THACH I wanted to meet him at the QT gas station he suggested in his May 19, 2018 email to me.   THACH replied, "Sounds good".   The QT gas station THACH suggested we meet at is located at 750 South Broadway Street, Wichita, Kansas.

39.     On June 14, 2018 at approximately 6:49 a.m., I sent a text message to THACH at telephone number (316) 461-xxxx.   I told THACH I would be in Wichita at approximately 11:00 a.m. that morning.   THACH replied, "Ok, message or call me when you get here, it should take me under 2 minutes to get to QT as I live about 5 house down the street".

40.     On June 14, 2018 at approximately 10:45 a.m., USFWS SA Logan Cannon and I arrived at the QT gas station, but ended up parking in the parking lot for Chilton's Billiards, which is adjacent to, and on the north side of the QT gas station. At approximately 10:50 a.m., I sent THACH a text message saying "Here.   Parked in front of a billiards store. Gold Ford pickup". THACH replied "Ok".

41.     At approximately 10:53 a.m., THACH arrived in a black Cadillac Escalade bearing Kansas plate 502-KSA and parked on the east side of me.   SA Cannon and I introduced ourselves to THACH.   THACH introduced himself as "Ret".   The three of us walked to the back of my pickup truck.   I had one tiger skin in a brown cardboard box held together with red duct tape.   I

10

had the other tiger skin a white and black cardboard box that said "Yard Machines" and "Let's go to work" in white lettering on the sides. I opened the boxes so THACH could look at the tiger skins. THACH said the tigers skins would work, so he and I each carried a box and placed them in the back of his Escalade.

42.     THACH said he was building a bigger house so he was trying to buy items like these to put in his new house when it was completed. THACH took a white bank envelope out of his pants pocket and started to count out the money. He handed me a stack of $100 bills and told me to count it. SA Cannon and I counted the money, which totaled $8,000 in $100 bills.

43.     THACH told me he would also like to get a black panther skin for himself and that he also had a friend who wanted a black panther skin too. I asked THACH about his home office and he said it was getting pretty full with the lion skin and bear skins he had bought. I told THACH I would try to find a couple black panther skins for him and his friend.

44.     THACH left the parking lot driving east, turned south on Topeka Street, drove to his house at xxx South Topeka Street and pulled into the driveway. At approximately 11:02, USFWS SA Jared Eatmon and USFWS SA Jeremy Ten Kley saw THACH pull into the driveway and carry the brown cardboard box held together with red duct tape into 941 South Topeka Street through the front door. THACH came back out of the house and walked to the Escalade. USFWS SA Justin Mays and USFWS SA John Brooks approached THACH in his driveway and executed an arrest warrant on him. The tiger skin in the white and black cardboard box was still in the Escalade when THACH was arrested.

11

driveway and carry the brown cardboard box held together with red duct tape into 941 South Topeka Street through the front door. THACH came back out of the house and walked to the Escalade. USFWS SA Justin Mays and USFWS SA John Brooks approached THACH in his driveway and executed an arrest warrant on him. The tiger skin in the white and black cardboard box was still in the Escalade when THACH was arrested.

45.     THACH told SA Mays and SA Brooks that the only illegal items THACH had in the house were a lion skin and possibly some bear skins. THACH then told the agents he wanted to talk to a lawyer.

46.     Parked in the driveway at xxx South Topeka Street, were a 2010 Cadillac Escalade bearing Kansas plate 502-KSA and a Ford Windstar van bearing Kansas plate 678-EEP.

47.     At approximately 11:45, Chandhari Thi Lam arrived at 941 South Topeka Street, following THACH's arrest. Chandhari is believed to be THACH's wife. Chandhari indicated the lion skin THACH had told SA Brandenburg about was upstairs in the house.

## CONCLUSION

51.     Based on the information set out above, I have probable cause to believe that the lion skin seized from the THACH's home on or about June 14, 2018 following his arrest constitutes property involved in violations of 16 U.S.C. §§ 1538 and 3372. Accordingly, the property is subject to forfeiture pursuant to 16 U.S.C. §§ 1540(e)(4) and 3374.

DARIN BRANDENBURG
Special Agent
U.S. Fish and Wildlife Service

12

Office of Law Enforcement

Subscribed and sworn before me this 17th day of August, 2018.

_____
NOTARY

Exp: 11/17/19

13